## CITY OF WEST END V. SIMMONS.

(Decided Dec. 8, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

C. B. Powell, for appellant. Fred S. Ferguson, for appellee.

Dowdell, C. J. Affirmed on the authority of *M. & A. of West End v. Simmons,* 165 Ala. 359; 51 South. 638.

Simpson, McClellan and Mayfield, JJ., concur.